585 A.2d 390

DONALD KELLY v. NEW JERSEY STATE PAROLE BOARD.

October 10, 1990.

Petition for certification denied.

585 A.2d 391

JOHN T. HENDERSON, INC., REALTORS v. PRETTY
BROOK CORPORATION.

October 10, 1990.

Petition for certification denied.

585 A.2d 391

CITY CHECK CASHING, INC. v. THE NATIONAL STATE BANK.

October 10, 1990.

Petition for certification denied.  (See 244 *N.J.Super.* 304,
582 *A.*2d 809)

585 A.2d 391

JAMES WOLFF AND CARL WOLFF, JR. v. NEW JERSEY
MANUFACTURERS INSURANCE COMPANY.

October 10, 1990.

Petition for certification denied.